FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)    Form 1    March 2023

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: Consol. Court No. 21-00277

Case title being appealed: PT. Zinus Global Indonesia v. United States

Date of final judgment or order being appealed: 02/18/2025

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Brooklyn Bedding, LLC, Corsicana Mattress Company, Elite Comfort Solutions, FXI, Inc., Innocor, Inc., Kolcraft Enterprises Inc., Leggett & Platt, Incorporated, International Brotherhood of Teamsters, United Steel Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO

Date: 04/17/2025

Signature: /s/ Yohai Baisburd

Name: Yohai Baisburd

Address: 2112 Pennsylvania Ave NW

Suite 300

Washington, DC  20037

Phone Number: (202) 567-2319

Email Address: ybaisburd@cassidylevy.com